[No. 4907.]

THE PEOPLE EX REL. MILLER, ATTORNEY GENERAL, V.
THE DISTRICT COURT OF THE SECOND JUDICIAL
DISTRICT ET AL.

*Original Proceeding on Application for Writ of
Prohibition.*

Mr. N. C. MILLER, attorney general, Mr. I. B.
MELVILLE, Mr. MILTON SMITH, Mr. D. L. WEBB and
Mr. H. J. HERSEY, for relator.

Messrs. O'DONNELL, TONEY & GRAHAM and Mr.
W. BENTON CRISP, for respondents.

Mr. JUSTICE STEELE delivered the opinion of the
court.

For the reasons given in the case *People ex rel.
Miller v. the District Court,* No. 4906, decided at this
term of court, the peremptory writ of prohibition will
be allowed.